**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
BOARD OF MANAGERS OF THE 866 THIRD AVENUE
CONDOMINIUM,

                         Plaintiff,              25 **CIVIL** 7810 (JSR)

         -against-                      **JUDGMENT**

THE CINCINNATI INSURANCE COMPANY and
CINCINNATI FINANCIAL CORPORATION,

                         Defendants.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated June 9, 2026, the Court reconfirms its bottom-line

Order of May 12, 2026, and holds that the Condominium has shown that it is entitled, as a matter

of law, to monetary damages in the amount of $290,457.04 on its claim against Cincinnati for

breach of contract and to declaratory relief; accordingly, the case is closed.

**Dated:**  New York, New York

     June 10, 2026

                             **TAMMI M. HELLWIG**

                                 _____

                               **Clerk of Court**

              **BY:**   _____

                          **Deputy Clerk**